In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-560 CV


____________________



DOUGLAS DEWITT GARNESS, Appellant



V.



FIRST LIBERTY NATIONAL BANCSHARES, INC.,


d/b/a FIRST LIBERTY NATIONAL BANK, Appellee






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. CV 69614-A






MEMORANDUM OPINION


 The appellant, Douglas Dewitt Garness, filed a motion to dismiss this appeal. The
Court finds that this motion is voluntarily made by the appellant prior to any decision of
this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a
notice of appeal. The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED. 

 ___________________________

 HOLLIS HORTON

 Justice

Opinion Delivered January 11, 2007

Before McKeithen, C.J., Gaultney and Horton, JJ.